### 20437. HARRELL v. THE STATE.

HEAD, Justice. There was no service of the bill of exceptions. The only waiver or acknowledgment of service was in connection with the presentation of the bill of exceptions to the trial judge for certification, and this waiver is in identical language (with the exception of the name and the date) as that in *Scott* v. *State,* 214 *Ga.* 860 (108 S. E. 2d 692). Under the ruling in *Scott* v. *State,* supra, and the decisions there cited,

the writ of error must be dismissed. See also *Tanner* v. *State,* 214 *Ga.* 859 (108 S. E. 2d 703).

    *Writ of error dismissed. All the Justices concur.*

SUBMITTED APRIL 14, 1959—DECIDED MAY 8, 1959.

*R. E. Lawson, J. Laddie Boatright,* for plaintiff in error.

*Dewey Hayes, Solicitor-General, Eugene Cook, Attorney-General, Rubye G. Jackson, Deputy Assistant Attorney-General,* contra.